Thomas S. GINN, Plaintiff-Appellant,

v.

C.V. RIVERA, Warden, FCC—Forrest City Low, Defendant-Appellee.

No. 16-1881

United States Court of Appeals, Eighth Circuit.

Submitted: December 27, 2016

Filed: January 4, 2017

Thomas S. Ginn, Pro Se

Richard M. Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Defendant-Appellee

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

District of Missouri.

PER CURIAM.

Federal inmate Thomas Ginn appeals the district court's [1] denial of his 28 U.S.C. § 2241 petition in which he requested federal sentence credit for time that he spent in custody from January 20, 2010, through September 12, 2013. Upon careful de novo review, *see Mitchell v. United States Parole Comm'n*, 538 F.3d 948, 951 (8th Cir. 2008), we agree with the district court's reasoning and conclusion that habeas relief was not warranted. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.